YM

FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

08 C 68

| | | |
|---|---|---|
| KENNETH N. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. O'BRYANT, JASON CROUCH, MARLENE HAMMER, SUZANNE MCCONNELL, DIANA P. VERDIN, GEMB LENDING, INC. f/k/a THOR CREDIT CORPORATION, SHAMROCK RECOVERY SERVICES, INC., UNKNOWN TRANSPORTATION COMPANY, ADESA INDIANAPOLIS, INC., MORGAN RUSS, KATHY HOPKINS,<br><br>Defendants. | ) | No.<br><br>(*state court no*. 2007 L 013378)<br><br>JUDGE KOCORAS<br>MAGISTRATE JUDGE DENLOW |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, GEMB LENDING, Inc. (formerly known as THOR CREDIT CORPORATION), by and through their undersigned attorneys, and for their Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441(b) and 1446, and in support thereof, states as follows:

**Introduction**

1. On or about December 3, 2007, Plaintiff filed a five count complaint against GEMB LENDING, Inc. and various other Defendants in the Circuit Court of Cook County, Illinois. A true and correct copy of the Complaint is attached as Exhibit A.

2. Plaintiff's Complaint attempts to assert several causes of action related to certain efforts to repossess a recreational vehicle that Plaintiff purchased pursuant to a retail installment contract after Plaintiff failed to make timely installment payments. *See* Exhibit A, ¶¶ 5, 7, 13-14, 17.

3. On or about December 3, 2007, after emerging from a bankruptcy stay, Plaintiff filed a Motion for Injunctive Relief. A true and correct copy of the Motion for Injunctive Relief is attached as Exhibit B and a true and correct copy of the Bankruptcy Court order is attached as Exhibit C.

4. Defendant GEMB LENDING, Inc was served with a copy of *the Motion for Injunctive Relief* (not the underlying Complaint) via its registered agent on or about December 4, 2007. A true and correct copy of the summons is attached hereto as Exhibit D.[1]

5. Plaintiff filed an Amended Motion for Injunctive Relief on December 10, 2007. A true and correct copy of the Amended Motion for Injunctive Relief is attached as Exhibit E

6. Plaintiff's Motion for Injunctive Relief was denied on December 10, 2007. A true and correct copy of the Order is attached as Exhibit F.

**Basis for Removal**

7. Plaintiff has attempted to assert, among other state law claims, a claim for a purported violation of the Fair Debt Collections Practices Act (15 U.S.C. § 1692). *See* Exhibit A, Count IV (pp. 7-8).

8. Accordingly, this action is properly removed to the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this claim. *See* 28 U.S.C. § 1331.

9. All of the Defendants who have been served with some form of process, Defendants SHAMROCK RECOVERY and ADESA INDIANAPOLIS, INC., consent to the removal. *See* Exhibit G, Joinder of Removal. Certain individuals (Defendants CHRISTOPHER J. O'BRYANT, JASON CROUCH, MARLENE HAMMER, SUZANNE MCCONNELL,

---

1 On information and belief, Defendant has not been properly served with a copy of the Complaint as of today's date. Alternatively, service of the Motion for Injunctive Relief is the first act which would trigger the running of the 30 day time for removal.

DIANA P. VERDIN, MORGAN RUSS and KATHY HOPKINS) have not been served with process.[2]

10. Jurisdiction is proper in this district, for among other things, Plaintiff resides in Monee, Illinois, which is in the Northern District of Illinois and Defendant SHAMROCK RECOVERY SERVICES, is alleged to be have its principle place of business in Lockport Illinois, which is in the Northern District of Illinois.

11. As required by 28 U.S.C. §1446(b), his Notice has been timely filed with the Clerk of the United States District Court within thirty (30) days after the initial service of the Motion for Injunctive Relief. Pursuant to 28 U.S.C. § 1446(d), all parties to this action are being given notice of this Notice of Removal by way of the Defendant's Notice of Filing and Certificate of Service.[3]

WHEREFORE, Defendants GEMB LENDING, Inc. f/k/a THOR CREDIT CORPORATION respectfully requests that this case proceed in the Federal District Court for the Northern District of Illinois, Eastern Division, as an action properly removed to it.

---

[2] On December 21, 2007, the circuit court entered an order correcting a scrivener's error which had led to appearances being entered on behalf of Defendants Christopher J. O'Bryant, Jason Crouch, Marlene Hammer, Suzanne McConnell, Diana P. Verdin.

[3] Defendants O'Bryant, Crouch, Hammer, McConnell and Verdin, are or were employees of Defendants GEMB or THOR and have or will be provided with notice of this removal by and through the undersigned counsel. Counsel for ADESA will provide a copy of this notice to Defendants Russ and Hopkins who are alleged to be employees of ADESA.

Respectfully submitted,

By: /s/ James C. Vlahakis

One of the attorneys for Defendants, GEMB LENDING, Inc. f/k/a THOR CREDIT CORPORATION

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system. I also certify that I will fax and/or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on January 3, 2008.

/s/ James C. Vlahakis
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com
Firm No. 90384

**SERVICE LIST**

**Kenneth Thompson**
6644 Maple Court
Monee, Illinois 60449
kenthompson@eliteosi.com

Robert Sharp, Jr. Esq.
The Sharp Law Offices, P.C.
180 North LaSalle Street
Suite 1916
Chicago, IL 60601
(312) 596-0283
lawofrsj@aol.com

**Shamrock Recovery, Inc.**
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: (815) 834-9070

**Adesa Indianapolis, Inc., Morgan Russ and Kathy Hopkins**
Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Suite 2800
Chicago, IL 60603
Fax: (312)443-9282