08 C 68

JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

# Exhibit B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| KENNETH THOMPSON, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2007 L 013378 |
| V. | ) | |
| THOR CREDIT CORPORATION, et al | ) | Calendar N |
| Defendant. | ) | |

FILED-14
2007 DEC -3 PM 3:59
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

## NOTICE OF MOTION

To: See service list attached.

I, Kenneth Thompson, Pro Se, will appear before the Honorable Judge Burke or any judge PRESIDING in courtroom 2306 of the Daley Center, Chicago, Illinois on December 10 2007, at 10:30 A.m. to present the attached motion: APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF.

Kenneth Thompson, Pro Se

## PROOF OF SERVICE

I, Kenneth Thompson, being duly sworn on oath, deposes and says that he served a copy of this notice AND APPLICATION upon the parties named above by placing same in an envelope addressed as indicated above and depositing it in the U.S. Mail, postage prepaid, on 12/03/2007 before the hour of 5:00 p.m. at the mail box address located at USPS Adams and Dearborn, Chicago, Illinois 60603 and VIA FAXSIMILE to fax numbers on service list;

Personally Delivered on 12/4/07 AT 8:30 Am

Kenneth N. Thompson

**SERVICE LIST**

1) Thor Credit Corporation, Inc.

   208 South LaSalle Street Suite 814

   City of Chicago, IL 60604

   Fax 949-892-4118

2) Shamrock Recovery, Inc

   Raymond F. Conway

   1234 N. Cedar Road,

   New Lenox, IL 60451

   Fax 815-834-9070

3) ADESA INDIANPOLIS, Inc

   2950 E Main Street,

   Plainfield, IN 46168

   Fax 317-838-8081

4) UNKNOWN TRANSORTATION COMPANY

   c/o Shamrock Recovery, Inc

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT- LAW DIVISION**

KENNETH N. THOMPSON, )
Plaintiff, )
) No. 2007 L 013378
V. )
)
Christopher J. O'Bryant, Jason Crouch, )
Marlene Hammer , Suzanne McConnell, )
Diana P. Verdin ,GEMB LEDING, Inc f/k/a )
THOR CREDIT CORPORATION,, )
SHAMROCK RECOVERY SERVICES, )
INC., UNKNOWN TRANSPORTATION )
COMPANY, ADESA INDIANOPOLIS, )
INC, MORGAN RUSS, KATHY HOPKINS )

Defendants.

FILED-14
2007 DEC -3 PM 3:58
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

**MOTION FOR INJUNCTIVE RELIEF**

Now comes Plaintiff, Kenneth Thompson Pro SE, and pursuant to 735 ILCS 5/11-101 and/or 5/11-102, moves for entry of either a temporary restraining order or preliminary injunction, as the courts deems appropriate, enjoining and restraining defendant from selling the vehicle which are the subject of this lawsuit until further order of court or until the merits of this case are decided. In support of this motion plaintiff states as follows:

1. On November 29, 2007 plaintiff filed this lawsuit, which is a five count complaint for Conversion, Theft, Bailment, Negligence violation of the Fair Debt Collection Practices Act, of which the vehicle is in defendant's possession. The return date is on or around December 29, 2007 and summons is with the Cook County Sheriff for service. A copy of the summons and complaint is attached hereto.
2. As shown in the verified complaint and its exhibits, plaintiff has a high probability of prevailing on the merits of its case.
3. On information and belief, on November 10, 2007 defendant repossessed Plaintiffs Trailer and may be attempting to Auction off the vehicle.
4. Without injunction relief plaintiff will be irreparably damaged if defendant is allowed to sell the vehicle, and plaintiff has no adequate remedy at law with respect to the proposed sale.
5. Defendant will not be prejudiced by the granting of the injunctive relief sought.

WHERFORE, PLAINTIFF moves for the relief prayed for herein.

Kenneth Thompson,

11/28/07

BY: Kenneth Thompson, Pro SE

I, Kenneth Thompson, on oath state that I am the NON attorney and ~~agent of~~ THE plaintiff in the above-entitled action. The allegations in this motion are true and correct.

**NOTARY PUBLIC**

Signed and sworn to before me on this 28th day of November 2007

Notary Signature: Date: 11/28/07

Notary Stamp:

NOTARY PUBLIC OFFICIAL SEAL STATE OF ILLINOIS
ROBERT SHARP, JR.
MY COMMISSION EXPIRES
JULY 5, 2011

# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 12358 |
| KENNETH N THOMPSON | ) | Chapter 13 |
| | ) | Judge: BRUCE W BLACK |
| Debtor(s) | ) | |

ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND UNREASONABLE DELAY

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referanced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

Entered: 11-16-07

Bruce W. Black
Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313

# Exhibit D

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

Kenneth N. Thompson

v.

Christopher J. O' Bryant, et al

2007L013378
CALENDAR/ROOM N
TIME 00:00
Breach of Contract

No. ____________

## SUMMONS

To each Defendant: Thor Credit Corporation, Reg. Agent: CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, IL., 60604.

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 802, Chicago, Illinois 60602

☐ District 2 - Skokie, 5600 Old Orchard Rd., Skokie, IL 60077

☐ District 3 - Rolling Meadows, 2121 Euclid, Rolling Meadows, IL 60008

☐ District 4 - Maywood, 1500 Maybrook Ave., Maywood, IL 60153

☐ District 5 - Bridgeview, 10220 S. 76th Ave., Bridgeview, IL 60455

☐ District 6 - Markham, 16501 S. Kedzie Pkwy., Markham, IL 60426

☐ Child Support, 28 North Clark St., Room 200, Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: PRO SE
Name: Kenneth Thompson
Atty. for: Plaintiff
Address: 6644 Maple Court
City/State/Zip: Monee, Illinois 60602
Telephone: 708/746-5162

WITNESS, ____________, ______

____________
Clerk of Court

Date of service: ____________, ______
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: ____________
(Area Code) (Facsimile Telephone Number)

# Exhibit E

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT- LAW DIVISION**

KENNETH N. THOMPSON, )
Plaintiff, )
) No. 2007 L 013378
V. )
)
Christopher J. O'Bryant, Jason Crouch, )
Marlene Hammer , Suzanne McConnell, )
Diana P. Verdin ,GEMB LEDING, Inc f/k/a )
THOR CREDIT CORPORATION,, )
SHAMROCK RECOVERY SERVICES, )
INC., UNKNOWN TRANSPORTATION )
COMPANY, ADESA INDIANOPOLIS, )
INC, MORGAN RUSS, KATHY HOPKINS )

Defendants.

## AMMENDED MOTION FOR INJUNCTIVE RELIEF

Now comes Plaintiff, Kenneth Thompson Pro SE, and pursuant to 735 ILCS 5/11-101 and/or 5/11-102, moves for entry of either a temporary restraining order or preliminary injunction, as the courts deems appropriate, enjoining and restraining defendant from selling the vehicle which are the subject of this lawsuit until further order of court or until the merits of this case are decided. In support of this motion plaintiff states as follows:

1. On November 29, 2007 plaintiff filed this lawsuit, which is a five count complaint for Conversion, Theft, Bailment, Negligence violation of the Fair Debt Collection Practices Act, of which the vehicle is in defendant's possession. The return date is on or around December 29, 2007 and summons is with the Cook County Sheriff for service. A copy of the summons and complaint is attached hereto.
2. As shown in the verified complaint and its exhibits, plaintiff has a high probability of prevailing on the merits of its case.
3. On information and belief, on November 10, 2007 defendant repossessed Plaintiffs Trailer and may be attempting to Auction off the vehicle.
4. October 23, 2007 Defendants Attorney, Kenneth B. Drost notified Plaintiff that the balance owed and due is $23,973.95 see exhibit A. Plaintiffs maintains an equity position of between $13,716.05 to $21,516.05 see exhibit B.

5. Defendant's history of negligence while in control and possession of Plaintiffs vehicle has resulted in a five (5) count cause of action. Defendant's negligence continues by failing to adequately protect Plaintiffs vehicle from the elements of the cold weather (winterization). Failure to winterize Plaintiffs vehicle/Trailer Home can result in damages excess of $3500.00
6. Without injunctive relief the plaintiff will suffer irreparably damage and if defendant is allowed to sell the vehicle, and plaintiff has no adequate remedy at law with respect to the proposed sale.
7. Defendant will not be prejudiced by the granting of the injunctive relief sought.

WHERFORE, PLAINTIFF moves for the relief prayed for herein.

Kenneth Thompson,

________________________________

BY: Kenneth Thompson, Pro SE

I, Kenneth Thompson, on oath state that I am the plaintiff in the above-entitled action. The allegations in this motion are true and correct.

**NOTARY PUBLIC**

Signed and sworn to before me on this ______________ day of November 2007

Notary Signature: ____________________ Date: ________________

Notary Stamp:

Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | |
| Kenneth N. Thompson | |
| Debtor, | |
| GEMB Lending Inc. f/k/a Thor Credit Corp, | |
| Movant, | No. 07 B 12358 |
| vs. | Judge Bruce W. Black |
| Kenneth N. Thompson and Glenn B. Stearns, Bankruptcy Chapter 13 Trustee | Chapter 13 |
| Respondents | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Movant GEMB Lending Inc. f/k/a Thor Credit Corp, hereby moves the Court for an Order granting relief from the automatic stay, and in support thereof, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334.

2. Venue of this action is proper in this District pursuant to 28 U.S.C. § 1472.

3. On or about July 11, 2007, a Voluntary Petition under Chapter 13 of the Bankruptcy Code was filed by Debtor(s) Kenneth N. Thompson, which is presently pending in the above entitled Court.

4. Glenn B. Stearns is the duly appointed Chapter 13 Trustee and is included as a party in this Motion in his capacity as Trustee only.

5. On or about March 18, 2005, Debtor(s) entered into a written, Retail Installment Contract ("Contract") with Abel RV Center, whereby said Debtor(s) purchased a 2005 Crossroads Trailer, Serial No. 4V0TC36275A002110 (the "Vehicle").

Exhibit A

6. On or about the above referenced date, and as a part of the above described transaction, Abel RV Center sold, assigned and transferred to Movant all its right, title and interest in and to the subject Vehicle. A true and correct copy of the above described Contract and Assignment is attached hereto as Exhibit 1 and incorporated herein by reference.

7. Pursuant to said Contract, Debtor(s) went into possession of the above described vehicle. At all times herein mentioned, Movant has had a perfected first security interest in the vehicle. A copy of the State of Illinois Certificate of Title commencing the security interest of Movant is attached hereto as Exhibit 2.

8. Movant has fully performed all promises, covenants and conditions owed to Debtor(s) under the subject Contract; however, on or abou[redacted]ebtors failed to make the required monthly payments as they became due pursuant to the terms thereof. Thereafter, Movant demanded that Debtor(s) return the subject to vehicle to Movant, but Debtor has refused to do so.

9. The Debtor has permitted the Vehicle to become impounded and subject to the liens of third parties in violation of the Contract, jeopardizing Movant's interest in the collateral. Attached is Notice received from Rendered Services, Inc.

10. Movant is informed and believes that the Debtor has failed to maintain insurance on the vehicle naming Movant as loss payee, thereby impairing the value of Movant's collateral.

11. The current estimated value of the vehicle is $23,410.00, according to present market values.

12. As a result of Debtor's default and pursuant to the terms of the Contract, Movant is entitled to accelerate the total amount of the Contract and the amount presently due and owing from Debtor(s) to Movant is $23,973.95. Accordingly, Debtor has no equity in the vehicle. Pursuant to the terms of the Contract, Movant is entitled to liquidate the vehicle and apply the proceeds to the amount of the debt.

13. Additionally, Movant requests that the Debtor(s) be required to assemble and deliver the collateral to Movant, or, in the alternative, to the Trustee pursuant to 11 U.S.C. § 521(4), and that the

Exhibit A

provisions of Bankruptcy Rule 4001(a)(3) not apply to the relief sought by Movant in this Motion.

WHEREFORE, Movant GEMB Lending Inc. f/k/a Thor Credit Corp asks this Court to enter an Order granting relief from the automatic stay imposed by 11 U.S.C § 362, and permitting Movant to repossess and/or sell the vehicle described herein and apply the proceeds to the debt.

Respectfully submitted,

GEMB Lending Inc. f/k/a Thor Credit Corp

By: /s/ Kenneth B. Drost
One of its attorneys

Kenneth B. Drost, P.C.
111 Lions Drive, Suite 206
Barrington, Illinois 60010
(847) 381-1070
Attorney No. 03123292

Exhibit B

Vehicle Pricing & Information



THE USED RV PROFESSIONALS
866-687-2274
CASH FOR YOUR RV
Hassle Free - Nationwide Pickup



## 2005 CROSSROADS RV PARADISE POINTE SERIES M-36 DB

December 10, 2007

**Travel Trailers & Fifth Wheels**

| | | | |
|---|---|---|---|
| Model: | M-36 DB | Self-Contained: | YES |
| Length/Width: | 37' x 8' | Slides: | 2 |
| Axles: | 2 | | |
| Weight: | 8740 | | |

print this page email a friend

Financing
Apply for a Loan now
ESSEX CREDIT Go

Insurance Quote
Free Insurance quote
PROGRESSIVE Go

Credit Check
Free Credit Report & Score
experian Go

Trusted Partners
DMV Forms
Cash for Your RV
Extended Warranty
Donate Your RV
Join the Good Sam Club

## PRICING

| | Low Retail | Average Retail |
|---|---|---|
| **Base Price** | | |
| | $23,410 | $28,200 |
| **Options** | | |
| **AIR CONDITIONING AND HEATING** | | |
| 15,000 BTU Central/Ducted | $575 | $695 |
| Furnace (30,000-35,000 BTU) | $250 | $305 |
| **APPLIANCES** | | |
| Gas Grill Cook Top | $680 | $820 |
| Microwave Oven | $145 | $180 |
| Refrigerator Adds For Non-Self Contained Units 8 - 10.0 Cu Ft | $540 | $655 |
| Water Heater 10 Gallon Gas/Elec. w/DSI | $240 | $295 |
| **ENTERTAINMENT** | | |
| AM/FM/CD Stereo | $190 | $230 |
| CD Player (Multiple) | $270 | $330 |
| DVD Player | $205 | $250 |
| T.V. 13" Color | $145 | $180 |
| T.V. 19" Color | $210 | $256 |
| T.V. 27" Color | $285 | $345 |
| T.V. Antenna W/Booster | $65 | $80 |
| **GENERATORS** | | |
| 7 - 8 KW Gas | $2,045 | $2,465 |
| **JACKS AND LEVELING SYSTEMS** | | |
| Power Hitch Jack | $120 | $145 |
| Stabilizer Jacks (Crank Down) | $140 | $170 |
| **MISCELLANEOUS OPTIONAL EQUIPMENT** | | |
| Auxiliary Battery (Each) | $45 | $60 |
| Awning 25' (Each) | $710 | $860 |
| Cabinetry Upgrade (Deluxe) | $1,360 | $1,640 |
| Inverter (1000 Watt) | $550 | $665 |
| Inverter (2000 Watt) | $950 | $1,145 |
| Power Roof Vent | $115 | $140 |
| Power Roof Vent W/Rain Sensor | $200 | $245 |
| Power Slide-Out Room (Bedroom) (Each) | $950 | $1,145 |
| Power Slide-Out Room 18' (Each) | $2,145 | $2,590 |

CASH
FOR YOUR RV
THE USED RV PROFESSIONALS
- Hassle Free
- Nationwide Pickup
- Serving You For Over 34 Years
866-687-2274

Exhibit B

| | | |
|---|---|---|
| Safe | $200 | $245 |
| Shower Enclosure (Glass) | $120 | $145 |
| Spare Tire and Carrier | $95 | $115 |
| Spot Light (Remote) | $145 | $180 |
| Storm Windows (All) | $215 | $260 |
| Tile Upgrade (Bathroom/Kitchen) | $285 | $345 |
| Water Purifier W/Dispenser | $90 | $110 |
| **TOTAL PRICE** | **$37,690** | **$45,490** |

**Notes**

PRICES INCLUDE DBL DOOR REFRIGERATOR, STABILIZER JACKS, WATER HEATER WDSI, STEREO CASSETTE AND TV ANTENNA. ALL AMERICAN AND ALL STAR MODELS ALSO INCLUDE MICROWAVE, AIR CONDITIONER AND ELECTRIC FRONT JACKS.
PRICES INCLUDE A/C, AWNING AND MICROWAVE, ALSO(EXCEPT ZINGER) FRONT FIBERGLASS CAP, EXTERIOR SHOWER AND REAR LEVELING JACKS. PARADISE POINT & CROSS TERRAIN ALSO REAR FIBERGLASS CAP, STAINLESS STEEL RANGE, HOME THEATRE SYSTEM, RAIN SENSOR AND GEL GLASS EXTERIOR.

## NEXT STEPS

| | |
|---|---|
| Free Insurance Quote | Shop for an RV |
| Free Credit Report & Score | Sell Your RV |
| Get Pre-Approved Financing | RV Tips and Advice |

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices Trade-in and loan values are confidential for our dealers and industry base subscribers. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low retail should not be considered a trade-in value.**

**Average Retail Value** — An average retail vehicle should be clean and without glaring defects Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be within the acceptable range for the model year.

An Average Retail vehicle on a dealer lot may include a limited warranty or guarantee, and possibly a current safety and/or emission inspection (where applicable)

Back to Top ▲



Business Users | About Us | Contact Us | Help/FAQ | Buy NADA Guides
Copyright | Advertising | Privacy Policy | Link to Us | Survey | Press Room
©Copyright 2007 NADAguides com. All Rights Reserved

Exhibit B

Vehicle Pricing & Information

Autos Classic Cars Motorcycles Boats Recreation Vehicles Manufactured Homes Buy a Price Guide

Apply for a Loan | Insurance Quote | Warranty Quote | Join Good Sam Club | Buy an RV | Sell an RV Used RV Pricing

What's YourCredit Score?
KNOW YOURS INSTANTLY!*
*Pending verification of identity
650

Category > Make & Year > Model & Trim > Options > Value Report

## Select any Options and Equipment




**Travel Trailers & Fifth Wheels**
**2005 CROSSROADS RV**
**PARADISE POINTE SERIES**
**M-36 DB**

| | |
|---|---|
| **Length/Width:** | 37' x 8' |
| **Axles:** | 2 |
| **Weight:** | 8740 |
| **Self-Contained:** | YES |
| **Slides:** | 2 |

PRICES INCLUDE DBL DOOR REFRIGERATOR, STABILIZER JACKS, WATER HEATER W/DSI, STEREO CASSETTE AND TV ANTENNA. ALL AMERICAN AND ALL STAR MODELS ALSO INCLUDE MICROWAVE, AIR CONDITIONER AND ELECTRIC FRONT JACKS.
PRICES INCLUDE A/C, AWNING AND MICROWAVE. ALSO(EXCEPT ZINGER) FRONT FIBERGLASS CAP, EXTERIOR SHOWER AND REAR LEVELING JACKS. PARADISE POINT & CROSS TERRAIN ALSO REAR FIBERGLASS CAP, STAINLESS STEEL RANGE, HOME THEATRE SYSTEM, RAIN SENSOR AND GEL GLASS EXTERIOR.

GET USED VALUE

**AIR CONDITIONING AND HEATING**

- ☐ 11,000 BTU
- ☐ 7,000 BTU
- ☐ 13,500 BTU (Non-Central/Non-Ducted)
- ☐ Furnace (10,000-12,000 BTU)
- ☐ 13,500 BTU Central/Ducted
- ☐ Furnace (13,000-17,000 BTU)
- ☐ 15,000 BTU (Non-Central/Non-Ducted)
- ☐ Furnace (21,000-28,000 BTU)
- ☑ 15,000 BTU Central/Ducted
- ☑ Furnace (30,000-35,000 BTU)
- ☐ 15,000 IPO 13,500
- ☐ Swamp Cooler

**APPLIANCES**

- ☐ Central Vacuum Cleaner
- ☐ Refrigerator Adds For Non-Self Contained Units 2.5 - 4.0 Cu Ft.
- ☐ Dishwasher
- ☐ Refrigerator Adds For Non-Self Contained Units 5 - 7.0 Cu Ft.
- ☐ Dryer
- ☑ Refrigerator Adds For Non-Self Contained Units 8 - 10.0 Cu Ft.
- ☐ Garbage Disposal
- ☐ Refrigerator Side By Side Upgrade
- ☑ Gas Grill Cook Top
- ☐ Washer/Dryer Combo
- ☐ Ice Maker (Stand Alone Unit)
- ☐ Washing Machine
- ☑ Microwave Oven
- ☐ Water Heater 10 Gallon Gas/Elec.
- ☐ Microwave/Convection Combo
- ☑ Water Heater 10 Gallon Gas/Elec. w/DSI
- ☐ Microwave/Hood Combo
- ☐ Water Heater 6 Gallon Gas/Elec.
- ☐ Refrig. 4dr w/Ice Maker (Luxury only)
- ☐ Water Heater 6 Gallon Gas/Elec. w/DSI

**ENGINE AND SUSPENSION SYSTEMS**

- ☐ Air/Hydraulic Brakes (5th Wheel)

**ENTERTAINMENT**

Exhibit B

- [ ] AM/FM Cassette Stereo
- [x] AM/FM/CD Stereo
- [x] CD Player (Multiple)
- [x] DVD Player
- [ ] Satellite Dish Without Receiver
- [ ] Satellite System W/Auto Seek
- [ ] Satellite System W/Manual Point
- [ ] T.V. 10" Color
- [x] T.V. 13" Color
- [x] T.V. 19" Color
- [x] T.V. 27" Color
- [x] T.V. Antenna W/Booster
- [ ] VCR/VCP

**GENERATORS**

- [ ] 2 - 3 KW Gas
- [ ] 4 KW Gas
- [ ] 5 KW Gas
- [ ] 6 - 8 KW Diesel
- [ ] 6 KW Gas
- [x] 7 - 8 KW Gas

**JACKS AND LEVELING SYSTEMS**

- [ ] Electric Jacks
- [ ] Electrical Rear Leveling
- [ ] Front Power Leveling Jacks
- [x] Power Hitch Jack
- [ ] Scissor Stabilizer Jacks
- [x] Stabilizer Jacks (Crank Down)

**MISCELLANEOUS OPTIONAL EQUIPMENT**

- [x] Auxiliary Battery (Each)
- [ ] Awning 10' - 12' (Each)
- [ ] Awning 13' - 14' (Each)
- [ ] Awning 15' - 16' (Each)
- [ ] Awning 17' - 19' (Each)
- [ ] Awning 20' - 22' (Each)
- [ ] Awning 23' - 24' (Each)
- [x] Awning 25' (Each)
- [ ] Awning For Slide-Out (Bedroom)
- [ ] Awning For Slide-Out (Coach)
- [x] Cabinetry Upgrade (Deluxe)
- [ ] Ceiling Fan
- [ ] Electric Step (Double)
- [ ] Electric Step (Single)
- [ ] Fiberglass Exterior 30' and Under
- [ ] Fiberglass Exterior 31' and Over
- [x] Inverter (1000 Watt)
- [x] Inverter (2000 Watt)
- [ ] Inverter (600 Watt)
- [ ] LPG Gas/Smoke Detector
- [ ] Luggage Rack and Ladder
- [ ] Manual Slide-Out (Bedroom)
- [ ] Manual Slide-Out (Coach)
- [ ] Outside Shower
- [x] Power Roof Vent
- [x] Power Roof Vent W/Rain Sensor
- [x] Power Slide-Out Room (Bedroom) (Each)
- [ ] Power Slide-Out Room 14' (Each)
- [x] Power Slide-Out Room 16' (Each)
- [ ] Power Slide-Out Room 6' (Each)
- [ ] Power Slide-Out Room 8' (Each)
- [x] Safe
- [ ] Screen Room 10' (Each)
- [ ] Screen Room 11' (Each)
- [ ] Screen Room 12' (Each)
- [ ] Screen Room 7' (Each)
- [ ] Screen Room 8' (Each)
- [ ] Screen Room 9' (Each)
- [ ] Security System (Basic)
- [ ] Security System (Deluxe)
- [x] Shower Enclosure (Glass)
- [ ] Skylight
- [ ] Slide Out Tray-Full Pass Through
- [ ] Slide Out Tray-One Side
- [ ] Solar Battery Charger
- [ ] Solar Panel (Each)
- [x] Spare Tire and Carrier
- [x] Spot Light (Remote)
- [x] Storm Windows (All)
- [x] Tile Upgrade (Bathroom/Kitchen)
- [x] Water Purifier W/Dispenser
- [ ] Window Awning 3' (Each)
- [ ] Window Awning 4' (Each)
- [ ] Window Awning 5' (Each)
- [ ] Window Awning 6' (Each)
- [ ] Window Awning 7' (Each)

GET USED VALUE ▸

Information is Power
Put the Power In Your Hands
BUY NOW ▸
Buy A Price Guide Today!



Business Users | About Us | Contact Us | Help/FAQ | Buy NADA Guides
Copyright | Advertising | Privacy Policy | Link to Us | Survey | Press Room
©Copyright 2007 NADAguides.com. All Rights Reserved

EXHIBIT B

# ABEL RV CENTER

1150 W. Lake Street
BARTLETT, ILLINOIS 60103
(847) 931-5100

| | |
|---|---|
| BUYER(S) | Kenneth Thompson |
| ADDRESS | 11 Glendale G. Streamwood IL 60107 COUNTY Cook |
| SALESPERSON | Barry Jeets LIC. NO. |
| RES. PHONE | 312 419 1001 |
| BUS. PHONE | |
| DATE | 2-7-05 |
| YEAR | 05 |
| MAKE | Crossroads |
| MODEL | 36 AB Paradise Point |
| APPROXIMATE L W | |
| STOCK NUMBER | |
| CHASSIS MAKE & MODEL | |
| SERIAL NUMBER | 4V0TC372 ?75A 002 110 |
| YEAR | |
| GROSS VEHICLE WT. | |
| NEW / USED | X NEW ☐ USED |
| COLOR | Tan |
| SERIAL NUMBER | |
| PROPOSED DELIVERY DATE | |
| ODOMETER READING | 33,795 |

**TITLE APPLICATION INFORMATION**

| | PRINCIPAL BUYER | CO-BUYER |
|---|---|---|
| DATE OF BIRTH | | |
| DRIVER'S LIC. # | 4 Park Reed Road | |
| SOCIAL SEC # | | |

**OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES**

| | |
|---|---|
| Unit Features per 2005 | $ |
| Brochure Plus: | |
| Both Awnings | |
| Extra Insulation | |
| Alum. Wheels | |
| Spare Tire | |
| Remove Brackets off | |
| Bumper for Generator | |
| Install Brackets on New | |
| REMARKS: Unit | |
| BALANCE CARRIED TO OPTIONAL EQUIPMENT | $ |

| | |
|---|---|
| BASE PRICE OF UNIT | $29,999.00 |
| OPTIONAL EQUIPMENT | |
| DOC FEE | 55.00 |
| SUB-TOTAL | $30,054.00 |
| SALES TAX (If State Required) | |
| 1. CASH PURCHASE PRICE | $30,054.00 |
| TRADE-IN ALLOWANCE | $10,000.00 |
| LESS BAL. DUE on above | $ |
| NET ALLOWANCE | $ |
| CASH DOWN PAYMENT | $ |
| CASH AS AGREED SEE REMARKS | $ |
| 2. LESS TOTAL CREDITS | $10,000.00 |
| SUB-TOTAL | $20,054.00 |
| NON-TAXABLE ITEMS Lic. Title | 86.00 |
| VARIOUS FEES AND INSURANCE | |
| (Explain) IL Tax | 25.00 |
| SALES TAX (If Not Included Above) | 1534.? |
| 3. Unpaid Balance of Cash Sale Price | $21,?10.6? |

**WORKSHEET. THIS IS NOT PART OF BUYER'S CONTRACT. ALL FIGURES ARE ESTIMATES. THEY DO NOT CONSTITUTE AN AGREEMENT FOR CREDIT.**

A. OTHER CHARGES

| | |
|---|---|
| VSI or PMI | $ |
| Insurance on Commodity | $ |
| Credit Life Insurance | $ |
| Credit Accident & Health | $ |
| Taxes (Not incl. above) | $ |
| License Fees | $ |
| Title Fees | $ |
| Registration Fees | $ |
| (TOTAL) | $ |

B. **UNPAID BALANCE-AMOUNT FINANCED** *The amount of credit provided to buyer or on buyer's behalf. (3+A)* $

**ANNUAL PERCENTAGE RATE** ____% *The cost of buyer's credit as a yearly rate.*

C. **FINANCE CHARGE** *The dollar amount the credit will cost Buyer.* $

D. **TOTAL OF PAYMENTS** *The amount Buyer will have paid when buyer has made all the scheduled payments. (B+C)* $

E. **TOTAL SALE PRICE** *The total cost of buyer's purchase on credit, including buyer's down payment of $ ______ (1+A+C)* $

*Payable in ........ monthly installments of $ ........ each and one final installment of $ ........*

*NOTE: WARRANTY AND EXCLUSIONS AND LIMITATIONS OF DAMAGES ON THE REVERSE SIDE.*

DESCRIPTION OF TRADE-IN

| | |
|---|---|
| MAKE | Alllegro |
| MODEL & YEAR | 02 |
| SIZE | 33' |
| COLOR | |
| CHASSIS MAKE | |
| SERIAL NO. | |
| ODOMETER READING | Slide |
| UNIT SERIAL NO. | |
| TITLE NUMBER | |
| AMOUNT OWING TO WHOM | |

ANY DEBT BUYER OWES ON TRADE-IN IS TO BE PAID BY ☐ DEALER ☐ BUYER

DEALER AND BUYER CERTIFY THAT THE ADDITIONAL TERMS AND CONDITIONS PRINTED ON THE BACK OF THIS CONTRACT ARE AGREED TO AS PART OF THIS AGREEMENT, THE SAME AS IF PRINTED ABOVE THE SIGNATURE. BUYER IS PURCHASING THE ABOVE DESCRIBED UNIT; THE OPTIONAL EQUIPMENT AND ACCESSORIES: THAT BUYER'S TRADE-IN IS FREE FROM ALL CLAIMS WHATSOEVER, EXCEPT AS NOTED. IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS, AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN, TO BE MADE AT THE TIME OF SETTLEMENT.

**INSURANCE AGAINST LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE TO OTHERS IS NOT INCLUDED IN THIS TRANSACTION.**

*THIS AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN DEALER AND BUYER AND NO OTHER REPRESENTATION OR INDUCEMENT, VERBAL OR WRITTEN, HAS BEEN MADE WHICH IS NOT CONTAINED IN THIS CONTRACT.*

BUYER(S) ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER AND THAT BUYER(S) HAVE READ AND UNDERSTAND THE BACK OF THIS AGREEMENT.

ABEL RV CENTER ........ DEALER SIGNED X [signature] BUYER

*Not Valid Unless Signed and Accepted by an Officer of the Company or an Authorized Agent*

By [signature] *Approved* SIGNED X ........ BUYER

FORM 777 ®

A PLAIN LANGUAGE PURCHASE AGREEMENT Rev 06/02

Copyright ©1993 JENKINS BUSINESS FORMS MASCOUTAH, IL 62258

Exhibit B

# ABEL RV CENTER

1180 W. Lake Street
BARTLETT, ILLINOIS 60103
(847) 931-5100

BUYER(S) Kenneth Thompson
ADDRESS 11 Glendale Ct. Streamwood IL 60107 COUNTY Cook
SALESPERSON Barry Deeds NO. RES. PHONE 312 419-1001 BUS. PHONE DATE 2-4-05
YEAR 2005 MAKE Crossroads [model] Paradise Point 36 DB L W APPROXIMATE STOCK NUMBER
CHASSIS MAKE & MODEL 4VOTC362751002110 SERIAL NUMBER YEAR GROSS VEHICLE WT.
☒ NEW ☐ USED COLOR SERIAL NUMBER PROPOSED DELIVERY DATE ODOMETER READING

## TITLE APPLICATION INFORMATION

| | PRINCIPAL BUYER | CO-BUYER |
|---|---|---|
| DATE OF BIRTH | | |
| DRIVER'S LIC. # | | |
| SOCIAL SEC. # | | |

## OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES

| | $ |
|---|---|
| Unit Equipped per 2005 | |
| Brochure Plus. | |
| Bath Dinette | |
| Extra Insulation | |
| Alum. Wheels | |
| Spare Tire | |
| Fantastic Fan (2) Bedrooms | |
| Remove Brackets off Crossroads | |
| Trade In for Greenhorn Plus | |
| REMARKS: Install on New Unit | |
| BALANCE CARRIED TO OPTIONAL EQUIPMENT | $ |

| | |
|---|---|
| BASE PRICE OF UNIT | $32571.00 |
| OPTIONAL EQUIPMENT | |
| DOC FEE | 55.00 |
| SUB-TOTAL | $32586.00 |
| SALES TAX (If State Required) | |
| 1. CASH PURCHASE PRICE | $32586.00 |
| TRADE-IN ALLOWANCE | $ |
| LESS BAL. DUE on above | $ |
| NET ALLOWANCE | $9000.00 |
| CASH DOWN PAYMENT | $ |
| CASH AS AGREED SEE REMARKS | $ |
| 2. LESS TOTAL CREDITS | $9000.00 |
| SUB-TOTAL | $23586.00 |
| NON-TAXABLE ITEMS Plate Title | 80.00 |
| VARIOUS FEES AND INSURANCE (Explain) DC Tax | 25.50 |
| SALES TAX (If Not Included Above) | 1672.92 |
| 3. Unpaid Balance of Cash Sale Price | $23361.42 |

NOTE: WARRANTY AND EXCLUSIONS AND LIMITATIONS OF DAMAGES ON THE REVERSE SIDE

DESCRIPTION OF TRADE-IN
MAKE Nomad MODEL & YEAR 01 SIZE COLOR 32
CHASSIS MAKE SERIAL NO. ODOMETER READING
UNIT SERIAL NO. TITLE NUMBER
AMOUNT OWING TO WHOM

ANY DEBT BUYER OWES ON TRADE-IN IS TO BE PAID BY ☐ DEALER ☐ BUYER

DEALER AND BUYER CERTIFY THAT THE ADDITIONAL TERMS AND CONDITIONS PRINTED ON THE BACK OF THIS CONTRACT ARE AGREED TO AS PART OF THIS AGREEMENT, THE SAME AS IF PRINTED ABOVE THE SIGNATURE. BUYER IS PURCHASING THE ABOVE DESCRIBED UNIT: THE OPTIONAL EQUIPMENT AND ACCESSORIES; THAT BUYER'S TRADE-IN IS FREE FROM ALL CLAIMS WHATSOEVER, EXCEPT AS NOTED, IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS, AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN, TO BE MADE AT THE TIME OF SETTLEMENT.

**WORKSHEET.** THIS IS NOT PART OF BUYER'S CONTRACT. ALL FIGURES ARE ESTIMATES. THEY DO NOT CONSTITUTE AN AGREEMENT FOR CREDIT.

A. OTHER CHARGES

| | |
|---|---|
| VSI or PMI | $ |
| Insurance on Commodity | $ |
| Credit Life Insurance | $ |
| Credit Accident & Health | $ |
| Taxes (Not incl. above) | $ |
| License Fees | $ |
| Title Fees | $ |
| Registration Fees | $ |
| (TOTAL) | $ |

B. UNPAID BALANCE-AMOUNT FINANCED *The amount of credit provided to buyer or on buyer's behalf. (3+A)* $
ANNUAL PERCENTAGE RATE ____ % *The cost of buyer's credit as a yearly rate*
C. FINANCE CHARGE *The dollar amount the credit will cost Buyer.* $
D. TOTAL OF PAYMENTS *The amount Buyer will have paid when buyer has made all the scheduled payments. (B+C)* $
E. TOTAL SALE PRICE *The total cost of buyer's purchase on credit, including buyer's down payment of $ ____ (1+A+C)* $

*Payable in ........ monthly installments of $ .......... each and one final installment of $ ..........*

**INSURANCE AGAINST LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE TO OTHERS IS NOT INCLUDED IN THIS TRANSACTION.**

THIS AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN DEALER AND BUYER AND NO OTHER REPRESENTATION OR INDUCEMENT, VERBAL OR WRITTEN, HAS BEEN MADE WHICH IS NOT CONTAINED IN THIS CONTRACT.
BUYER(S) ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER AND THAT BUYER(S) HAVE READ AND UNDERSTAND THE BACK OF THIS AGREEMENT.

ABEL RV CENTER ____ DEALER SIGNED X ____ BUYER
*Not Valid Unless Signed and Accepted by an Officer of the Company or an Authorized Agent*
By ____ [signature] Approved SIGNED X ____ BUYER

FORM 777

A PLAIN LANGUAGE PURCHASE AGREEMENT Rev 05/02
Copyright ©1983 JENKINS BUSINESS FORMS MASCOUTAH, IL 62258

DUPLICATE

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
12/04/2007
CT Log Number 512848353

**TO:** Mary Nguyen, Compliance Analyst
GEMB Lending Inc.
3355 Michelson Drive, 2nd Floor
Irvine, CA 92612

**RE:** **Process Served in Illinois**

**FOR:** THOR CREDIT CORPORATION (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kenneth Thompson, Pltf. vs. Thor Credit Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Notice of Motion, Service List, Motion, Attachment(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2007 L 013378 |
| **NATURE OF ACTION:** | Violation of Fair Debt Collections Practices Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/04/2007 at 12:00 |
| **APPEARANCE OR ANSWER DUE:** | 12/10/2007 at 10:30 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Kenneth Thompson<br>6644 Maple Court<br>Monee, IL 60449<br>708-746-5162 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 791447695710 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tawana Carter |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Exhibit F

**Order** CCG N002-300M-2/24/05 ( )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Kenneth N. Thompson

v. No. 2007 L 013378

Christopher J. O'Bryant, et al

## ORDER

This case, coming to be heard on the Plaintiffs' Motion For Injunctive Relief, Plaintiff and counsel for GEMB Lending Inc present, it is hereby ordered that this cause of action is entered and continued until December 11, 2007 at 930 AM.

Atty. No.: 603278
Name: James C. Vlahakis
Atty. for: GEMB Lending
Address: 222 N. LaSalle Suite 300
City/State/Zip: CHICAGO IL 60601
Telephone: 312 704 3715

ENTERED: ENTERED JUDGE DANIEL J. KELLEY-0183

Dated: DEC 10 2007

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**