08 C 68

JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH N. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. O'BRYANT, JASON CROUCH, MARLENE HAMMER, SUZANNE MCCONNELL, DIANA P. VERDIN, GEMB LENDING, INC. f/k/a THOR CREDIT CORPORATION, SHAMROCK RECOVERY SERVICES, INC., UNKNOWN TRANSPORTATION COMPANY, ADESA INDIANAPOLIS, INC., MORGAN RUSS, KATHY HOPKINS,<br><br>Defendants. | No. |

**JOINDER OF REMOVAL**

Defendants, SHAMROCK RECOVERY SERVICES, INC. and ADESA INDIANAPOLIS, INC., hereby join in the removal of this case to the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, Illinois.

| | |
|---|---|
| ____________________ | [signature] |
| **Shamrock Recovery, Inc.** | **ADESA Indianapolis, Inc.** |
| By: Kevin Hession | By: Howard Trafman, Esq.<br>Patrick Norris, Esq. |
| 1234 N. Cedar Road<br>New Lenox, Illinois 60451 | Meachum & Trafman<br>10 S. LaSalle Suite 2800<br>Chicago, IL 60603 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH N. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. O'BRYANT, JASON CROUCH, MARLENE HAMMER, SUZANNE MCCONNELL, DIANA P. VERDIN, GEMB LENDING, INC. f/k/a THOR CREDIT CORPORATION, SHAMROCK RECOVERY SERVICES, INC., UNKNOWN TRANSPORTATION COMPANY, ADESA INDIANAPOLIS, INC., MORGAN RUSS, KATHY HOPKINS,<br><br>Defendants. | ) | No. |

**JOINDER OF REMOVAL**

Defendants, SHAMROCK RECOVERY SERVICES, INC. and ADESA INDIANAPOLIS, INC., hereby join in the removal of this case to the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, Illinois.

**Shamrock Recovery, Inc.**

By: Kevin Hession

1234 N. Cedar Road
New Lenox, Illinois 60451

**ADESA Indianapolis, Inc.**

By: Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Suite 2800
Chicago, IL 60603