# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 68

In the Matter of

KENNETH N. THOMPSON,
v.
Christopher J. O'Bryant, et al.

Case Number: 07 cv 99999

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GEMB LENDING, Inc. f/k/a THOR CREDIT CORPORATION

JUDGE KOCORAS
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print)<br>James C. Vlahakis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ jvlahakis@hinshawlaw.com | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>222 N. LaSalle Suite 300 | |
| CITY/STATE/ZIP<br>Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230459 | TELEPHONE NUMBER<br>312-704-3715 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐