# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

KENNETH N. THOMPSON
Plaintiffs,
vs.
ADESA INDIANOPOLIS, INC. et. al.
Defendants.

Case Number: 08-cv-000068
Hon. Judge Charles P. Kocoras

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendant, ADESA INDIANOPOLIS, LLC, incorrectly sued as ADESA INDIANOPOLIS, INC.

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | [signature] | SIGNATURE | [signature] |
| NAME | Patrick H. Norris | NAME | Carl A. Redmond |
| FIRM | Law Offices of Lauren K. Meachum | FIRM | Law Offices of Lauren K. Meachum |
| STREET ADDRESS | 10 South LaSalle Street Suite 2800 | STREET ADDRESS | 10 S. LaSalle, Suite 2800 |
| CITY/STATE/ZIP | Chicago Illinois 60603 | CITY/STATE/ZIP | Chicago, IL 60603 |
| TELEPHONE NUMBER | (312) 726-6317 FAX NUMBER 603-334-7040 | TELEPHONE NUMBER | 312-726-6317 FAX NUMBER (603) 334-7113 |
| E-MAIL ADDRESS | patrick.norris@libertymutual.com | E-MAIL ADDRESS | carl.redmond@libertymutual..com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 3123527 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 6276257 |
| MEMBER OF TRIAL BAR? | YES ☒ NO ☐ | MEMBER OF TRIAL BAR? | YES ☒ NO ☐ |
| TRIAL ATTORNEY? | YES ☒ NO ☐ | TRIAL ATTORNEY? | YES ☒ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☒ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |