**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER J. O'BRYANT, JASON CROUCH, MARLENE HAMMER, SUZANNE MCCONNELL, DIANA P. VERDIN, GEMB LENDING, INC. f/k/a THOR CREDIT CORPORATION, SHAMROCK RECOVERY SERVICES, INC., UNKNOWN TRANSPORTATION COMPANY, ADESA INDIANAPOLIS, INC., MORGAN RUSS, KATHY HOPKINS,<br>Defendants. | ) | No. 08 C 00068<br><br>Judge Kocoras |

**APPENDIX OF EXHIBITS FILED BY DEFENDANT GEMB LENDING**
**IN SUPPORT OF ITS FRCP 12(B)(6) MOTION TO DISMISS**

The following documents are referenced in Defendant's Memorandum of Law in Support of its Motion to Dismiss:

| **Exhibit** | **Description** |
|---|---|
| A | Complaint |
| B | December 6, 2006 Bankruptcy Petition |
| C | Orders dismissing December 6, 2006 Bankruptcy Petition |
| D | Plaintiff's Motion to Surrender motor home |
| E | July 11, 2007, Bankruptcy Petition |
| F | Orders dismissing , July 11, 2007 Bankruptcy Petition |