# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Kenneth N Thompson | ) | 06 B 16071 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Black |

ORDER DISMISSING CASE

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The above referenced case is dismissed pursuant to 11 U.S.C. §§1307(c).

Bruce W. Black

Entered: 2 2 JUN 2007

Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
KENNETH N THOMPSON

CASE NO. 06 B 16071

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor
SSN XXX-XX-3894

# TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/06/06 .

2. The case was dismissed without confirmation, 06/22/2007.

3. The Debtor paid a total of $ 8218.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GEMB | SECURED | .00 | .00 | .00 |
| GEMB | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 3967.11 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | .00 | .00 | .00 |
| AAA LINER | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CARCIA LANDSCAPINC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 3967.11 | .00 | .00 | .00 | 3967.11 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3967.11 | .00 | .00 | .00 | 3967.11 |

The Debtor's attorney, PRO SE DEBTOR , was allowed $ .00 and was paid $ .00 .

The Trustee received $ 171.28 .

Refunds to the Debtor totaled $ 4079.61 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/20/07

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 19 2007
KENNETH S. GARDNER, CLERK
PS REP. - MBM

| | | | | |
|---|---|---|---|---|
| IN RE: | Kenneth Thompson | ) | | |
| | | ) | Case No.: | 06-16071 |
| | | ) | Judge: | Black |
| | | ) | Chapter: | 13 |
| | Debtor(s) | ) | | |
| | | ) | | |

## NOTICE OF MOTION

TO: Office of US Trustee, 227 W. Monroe, Ste. 3300, Chicago, IL 60606
Glenn Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, Illinois 60532
Kenneth Thompson, Debtor, 6644 Maple Ct, Monee, IL 60449
See Attached Service List

PLEASE TAKE NOTICE that on April 27, 2007 at 10:00 am, or soon thereafter as I may be heard, I shall appear before the Honorable Judge Black or any other Bankruptcy Judge presiding in his place in Courtroom 682 of the Dirksen Federal Building, 57 N. Ottawa Street, Room 201, Joliet, Illinois, on the attached motion and shall request that the attached Order be entered, at which time you may appear if desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 6644 Maple Court, Monee, IL 60409, before 6:00 pm on or before April 19, 2007 or via electronic notice from the bankruptcy court.

Kenneth Thompson, Pro Se

Pro Se
Kenneth Thompson
6644 Maple Court
Monee, IL 60409
708-746-5162 ph
708-746-5163 fax

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 19 2007
KENNETH S. GARDNER, CLERK
PS REP. - MBM

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Kenneth Thompson** | ) | Case No. 06-16071 |
| | ) | |
| Debtor(s). | ) | Judge Black |
| | ) | |

MOTION TO VACATE DISMISSAL

Now comes the Debtor(s), **Kenneth Thompson**, Pro Se, and Motions this Honorable Court to Vacate the Order of Dismissal and in support thereof states as follows:

1. That the Debtor(s) filed a petition for relief under Chapter 13 of Title 11 U.S.C. December 6, 2006.

2. That subsequent to said filing, the Debtor appeared and was examined at a Section 341 meeting.

3. That on April 13, 2007, the Debtor(s)' case was dismissed, for eleven (11) days delinquency in trustee payments. Debtors payment was due April 5, 2007 but was not received by the trustees office until April 16, 2007

4. That a secured creditor Long Beach Mortgage Company filed a proof of claim for $37,907.32 that coincided with the debtors Bankruptcy petition. Their after Long Beach Mortgage filed an amended proof of claim on January 8, 2007 in the amount of $40,263.99. The debtor has since amended his plan to include the additional amount of $2356.67.

5. That the debtor included a 2005 Travel Trailer home as a secured creditor with a monthly note of $250.00 which was being paid by a third party that was renting the Trailer Home from the debtor. Debtor has Amended his plan which removes this creditor from his plan and is surrendering this property to the creditor

6. That the Debtor(s) has tendered funds and is current with his Chapter 13 plan payment. (see attached proof)

7. That said proposed plan is feasible.

WHEREFORE, the Debtor(s) prays for the following relief:

A. An Order vacating the dismissal instanter;

B. And such other and further relief that this Honorable Court deems equitable and just.

Respectfully submitted,

/s/ [signature]

Kenneth Thompson, Pro SE )

Kenneth Thompson
6644 Maple Ct
Monee, Il 60449
708-746-5162
708-296-5163 fax

# Creditors

**(NICOR) Northern Illinois Gas**
Attention Bankruptcy & Collections
PO Box 549
Aurora IL 60507
(cr)

**AAA Liner**
14032 S Kostner Ave
Midlothian, IL 60445
(cr)

**Aspire Visa**
P O Box 23007
Columbus, OH 31902-3007
(cr)

**Asset Acceptance LLC**
assignee/ AT&T
PO Box 2036
Warren, MI 48090
(cr)

**At&T**
PO Box 57907
Salt Lake City, UT 84157-0907
(cr)

**AT&T**
Bankruptcy Department
PO Box 769
Arlington TX 76004
(cr)

**Bank of America**
PO Box 53132
Phoenix, AZ 85072-3132
(cr)

**Charter One Bank**
PO Box 921349
Norcross, GA 30010
(cr)

**Chase**
11119 N Canyon Parkway
Fort Worth, TX 76101
(cr)

**City of Chicago**
Department of Revenue
Bureau of Parking Bankruptcy
333 S State Street Suite 540
Chicago IL 60604
(cr)

**ComEd Company**
Attn Revenue Management Dept
2100 Swift Drive
Oak Brook IL 60523
(cr)

**Department of the Treasury-Internal Revenue Servic**
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114
(cr)

**ECMC**
PO Box 8809
Richmond,VA 23225
(cr)

**Garcia Landscaping**
27725 Kursten rd
Monee, IL 60449
(cr)

**GEMB Lending, Inc**
3355 Michelson Drive, 2nd Floor
Irvine, CA 92612
(cr)

**Illinois Child Support**
Child Support Enforcement
509 S 6th St
Springfield, IL 62701
(cr)

**Illinois Department of Public Aid**
Division of Child Support
PO Box 19138 DPA 2766
Springfield, IL 62794
(cr)

**Illinois Department of Revenue**
Bankruptcy Section Level 7 - 425
100 W Randolph Street
Chicago IL 60601
(cr)

**Jefferson Capital Systems, LLC**
P.O. Box 23051
Columbus, GA 31902-3051
(cr)

**JPMorgan Chase Bank NA/Chase Manhattan Bank**
Chase Auto Finance
201 N Central Ave
Phoenix AZ 85004
(cr)

**Ocwen Loan Servicing**
attn Cashering Department
P O Box 785056
(cr)

Orlando, FL 32878-5056

**Ocwen Loan Servicing, LLC**
12650, Ingenuity Drive (cr)
Orlando, FL 32826

**SBC Ameritech**
PO Box 5072 (cr)
Saginaw, MI 48605-5072

**SBC c/o At&t**
Bankruptcy Department
PO Box 769 (cr)
Arlington TX 76004

**Select Portfolio Servicing**
P O Box 551170 (cr)
Jacksonville, FL 32255-1170

**Select Portfolio Servicing, Inc.**
c/o Codilis & Associates, P.C.
15W030 North Frontage Road (cr)
Suite 100
Burr Ridge, IL 60527

**Sprint PCS**
PO Box 219349 (cr)
Kansas City, MO 64121

**Thor Credit Corp**
3355 Michelson Dr 2nd Floor (cr)
Irvine, CA 92612

**US Bank**
PO Box 790179 (cr)
Saint Louis, MO 64121

**Wells Group Health Partners**
333 Dixie Highway (cr)
Chicago Heights, IL 60411