# Exhibit F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 12358 |
| KENNETH N THOMPSON | ) | Chapter 13 |
| | ) | Judge: BRUCE W BLACK |
| Debtor(s) | ) | |

ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND UNREASONABLE DELAY

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

Entered: 11-16-07

Bruce W. Black
Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 12358 |
| KENNETH N THOMPSON | ) | Chapter 13 |
| | ) | Judge: BRUCE W BLACK |
| Debtor(s) | ) | |

ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND UNREASONABLE DELAY

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307(c).

Entered: 11-16-07

Bruce W. Black
Bankruptcy Judge

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
KENNETH N THOMPSON

Debtor
SSN XXX-XX-3894

CASE NO. 07 B 12358

CHAPTER 13

JUDGE: BRUCE W BLACK

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/11/07 .

2. The case was dismissed without confirmation, 11/16/2007.

3. The Debtor paid a total of $ 5117.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 2402.36 |
| GEMB | SECURED | .00 | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AAA LINER | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| GARCIA LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MONEE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MONEE | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| RENDERED SERVICE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2402.36 | .00 | .00 | .00 | 2402.36 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2402.36 | .00 | .00 | .00 | 2402.36 |

The Debtor's attorney, DEBRA J VORHIES-LEVINE , was allowed $ .00 and was paid $ .00 .

The Trustee received $ 88.89 .

Refunds to the Debtor totaled $ 2625.75 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/11/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE