**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 00068 |
| v. | ) | |
| | ) | Judge Kocoras |
| CHRISTOPHER J. O'BRYANT, et al, | ) | |
| | ) | |
| Defendants . | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE**
**IN OPPOSITION TO DEFENDANT GEMB'S MOTION TO DISMISS**

NOW COMES the Plaintiff, KENNETH N. THOMPSON, by and through his attorney of record, ROBERT SHARP, JR., and hereby submit Plaintiffs' Response, and in support thereof, states as follows:

1. Defendant GEMB Lending, Inc., f/k/a Thor Credit Corporation argues in support of its Motion that Plaintiff's claims should be dismissed because Plaintiff failed to list his causes of action on his bankruptcy schedules and that these claims pre-date the filing and dismissal of his two bankruptcies. In support of its proposition, Defendant cites to the case of *Cannon-Stokes v. Potter, 453 F.3d 446, 448 (7th Cir. 2006).*

2. Plaintiff's case is factually dissimilar to the facts in Cannon-Stokes in several regards. First, contrary to Defendant's contention, Plaintiff listed his current cause of action against the Defendant in Schedules B and D of his Chapter 13 Bankruptcy Petition filed with the United States Bankruptcy Court for the Northern District of Illinois on September 24, 2007 under Case No. 07 B 12358. *(See Schedules B and D, marked and attached hereto as Exhibits A and B).*

3. The language chosen by Plaintiff to identify a potential cause of action should be deemed by the Court as sufficient in identifying or describing an asset or potential cause of action against the Defendant. This potential cause of action did not ripen into an actual lawsuit until the filing of Plaintiff's pro se complaint in state court on12/29/07, almost a month after Plaintiff's second bankruptcy was dismissed on 11/16/07.

4. Prior to the first filing and during the pendency of both bankruptcies, Plaintiff and Defendant sought to settle the referenced dispute. Defendant's willingness to consider an amicable resolution to the matter is evidenced by the numerous e-mails and written communications between Defendant GEMB and Plaintiff. *(See Appendix of Exhibits filed by Defendant GEMB, particularly Exhibit A, Plaintiff's state court complaint against Defendant GEMB, and Exhibits 8D, 8E and 8F.)*

5. Hence, there was no reason for Plaintiff to list a lawsuit, i.e, caption and case number, because one did not exist. Plaintiff should not be subject to the holding in Cannon-Stokes which seek to guard against individuals who seek to conceal their causes of action/asset in their bankruptcy schedules by estopping them from asserting the claim at a later date. Plaintiff has been above board and fully disclosed the potential cause of action against Defendant GEMB.

6. Lastly, the remainder of Defendant GEMB's objections to claims raised by Plaintiff in his initial pro se state court complaint should be resolved once Plaintiff is granted leave to amend.

WHEREFORE, Plaintiff Kenneth N. Thompson, respectfully request that this Honorable Court deny Defendant GEMB's Motion to Dismiss.

Respectfully Submitted,

By: /s/ Robert Sharp, Jr.

Plaintiff's Attorney

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed the above document with the Clerk of the Court using the CM / ECF system. I also certify that I will fax and / or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on March 6, 2008.

/s/ Robert Sharp, Jr.

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

**SERVICE LIST**

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSAlle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

Shamrock Recovery, Inc.
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: 815-834-9070

Adesa Indianapolis, Inc., Morgan Russ and
Kathy Hopkins
Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Fax: 312-443-9282