# EXHIBIT
# B

Official Form 6D (10/06)

In re, Kenneth N Thompson Case No.

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 10436216415400<br>Chase<br>11119 N. Canyon Parkway<br>Fort Worth, TX 76101 | | - | 12252004<br>Vehicle Lien PMSI<br>2005 Ford F350<br>Creditor:<br>Mileage 28,000<br>PMSI<br>Value $ 27,500.00 | | | | 51,000.00 | 23,500.00 |
| Account No. 4VOTC36275A002110<br>GEMB Lending Inc<br>3355 Michelson Drive, 2nd Floor<br>Irvine, CA 92612 | | - | 03-01-07<br>LENDER<br>Trailer that was damaged/theft ($6611.64) due to repossesion waiting final resolution and credit from lender prior to surrendering vehicle.<br>Value $ 19,000.00 | | | | 0.00 | 0.00 |
| Account No. 0038794665<br>Ocwen Loan Servicing<br>Attn. Cashering Department<br>PO Box 785056<br>Orlando, FL 32878-5056 | | - | 2005<br>Second Mortgage<br>6644 W. Maple Court<br>Monee, IL 60449<br>(Debtor's Residence)<br>Value $ 440,000.00 | | | | 95,018.34 | 0.00 |
| Account No. 0010015782<br>Select Portfolio Servicing<br>PO Box 551170<br>Jacksonville, FL 32255-1170 | | - | 2005<br>Mortgage<br>6644 W. Maple Court<br>Monee, IL 60449<br>(Debtor's Residence)<br>Value $ 440,000.00 | | | | 378,080.08 | 0.00 |
| 0 continuation sheets attached | | | Subtotal (Total of this page) | | | | 524,098.42 | 23,500.00 |
| | | | Total (Report on Summary of Schedules) | | | | 524,098.42 | 23,500.00 |

FILED
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
SEP 27 2007
BY

FILED
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
SEP 27 2007
RS REP. - MTBM