# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Thompson v. O'Bryant Case 08 C 00068

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kenneth N. Thompson

| | |
|---|---|
| SIGNATURE | |
| FIRM<br>Attorney at Law | |
| STREET ADDRESS<br>120 W. Madison Street, Suite 505 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6220745 | TELEPHONE NUMBER<br>312-920-1745 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |