**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 08 C 00068 |
| CHRISTOPHER J. O'BRYANT, et al., | ) | |
| | ) | Judge Kocoras |
| Defendants. | ) | |

**DEFENDANT GEMB LENDING, INC.'S MOTION FOR SHORT EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS FRCP 12(B)(6) MOTION TO DISMISS**

NOW COMES, Defendant, GEMB LENDING, Inc., by and through its attorney, James C. Vlahakis, moves for a short extension, until March 17, 2008, to file its Reply in Support of its FRCP 12(b)(6) Motion to Dismiss, and in support states:

1. Defendant's Reply is due on March 12, 2008. Due to other professional obligations, including a last minute settlement conference before the Honorable Ronald Guzman which took place on March 12, 2008, defense counsel was unable to complete Defendant's Reply to allow it to be submitted in a timely manner to Defendant's in-house counsel for approval.

2. Defense counsel has attempted to seek the approval of Plaintiff's counsel for this short extension but was unable to reach counsel after the close of business.

3. No harm or prejudice will result if Defendant is allowed until March 17, 2008, to file its Reply.

WHEREFORE, Defendants GEMB LENDING, Inc. respectfully requests that this Honorable Court enter an order allowing it to file its Reply Brief on March 17, 2008.

Respectfully submitted,

By: /s/ James C. Vlahakis

One of the attorneys for Defendants, GEMB LENDING, Inc.

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system. I also certify that I will fax and/or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on March 12, 2008.

/s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com
Firm No. 90384

**SERVICE LIST**

**Kenneth Thompson**
Robert Sharp, Jr. Esq.
The Sharp Law Offices, P.C.
180 North LaSalle Street
Suite 1916
Chicago, IL 60601
(312) 596-0283
lawofrsj@aol.com

**Shamrock Recovery, Inc.**
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: (815) 834-9070

**Adesa Indianapolis, Inc., Morgan Russ and Kathy Hopkins**
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Suite 2800
Chicago, IL 60603
Fax: (312)443-9282