**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 08 C 00068 |
| CHRISTOPHER J. O'BRYANT, et al., | ) | |
| | ) | Judge Kocoras |
| Defendants. | ) | |

**Notice of Motion**

PLEASE TAKE NOTICE that on the 18th day of March, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Charles P. Kocoras, or any Judge sitting in his stead in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present **Defendant GEMB's Motion for Short Extension of Time to File Reply In Support of Its FRCP 12(8)(6) Motion to Dismiss**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

By: /s/ James C. Vlahakis

One of the attorneys for Defendants, GEMB LENDING, Inc.

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system. I also certify that I will fax and/or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on March 12, 2008.

/s/ James C. Vlahakis
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com
Firm No. 90384

**SERVICE LIST**

**Kenneth Thompson**
Robert Sharp, Jr. Esq.
The Sharp Law Offices, P.C.
180 North LaSalle Street
Suite 1916
Chicago, IL 60601
(312) 596-0283
lawofrsj@aol.com

**Shamrock Recovery, Inc.**
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: (815) 834-9070

**Adesa Indianapolis, Inc., Morgan Russ and Kathy Hopkins**
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Suite 2800
Chicago, IL 60603
Fax: (312)443-9282