**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth N. Thompson

Plaintiff,

v.

Case No.: 1:08−cv−00068
Honorable Charles P. Kocoras

Christopher J. O'Bryant, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

MINUTE entry before Judge Honorable Charles P. Kocoras:Defendant Gemb Lending, Inc.'s motion [15] for an extension of time to 3/17/2008 to file reply in support of motion [8] to dismiss is granted. Hearing on said motion, set for 3/18/2008, is stricken. Ruling is reset from 4/3/2008 to 4/10/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.