**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth N. Thompson

Plaintiff,

v.

Case No.: 1:08−cv−00068
Honorable Charles P. Kocoras

Christopher J. O'Bryant, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

MINUTE entry before Judge Honorable Charles P. Kocoras:If plaintiff intends to file an amended complaint, said amended complaint is ordered to be filed no later than 4/10/2008. Ruling on pending motion [8] to dismiss, set for 4/10/2008, is stricken and no one is to appear. Plaintiff's counsel has been informed to notify all other counsel and Pro Se litigants of the Court's order.Mailed and telephoned plaintiff's counsel notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.