**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 00068 |
| v. | ) | |
| | ) | Judge Kocoras |
| CHRISTOPHER J. O'BRYANT, et al, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Plaintiff, KENNETH N. THOMPSON, by and through his attorney of record, ROBERT SHARP, JR., and hereby submit the above captioned motion, and in support thereof, states as follows:

1. On April 7, 2008, this Court entered an order stating, that if plaintiff intends to file an amended complaint, then said complaint is to be filed no later than April 10, 2008.

2. In addition to the three (3) days granted plaintiff to file an amended complaint, plaintiff's counsel is seeking an additional four (4) days or until Monday April 15, 2008 to file plaintiff's amended complaint.

3. Plaintiff's request is not a dilatory tactic, but is necessitated by counsel's case load and a desire to adequately represent the interests of his client through the granting of additional time.

4. If permitted, plaintiff's counsel will file instanter the amended complaint either before the requested date or thereon.

WHEREFORE, in the interests of justice, plaintiff respectfully request that this Honorable Court grant Plaintiff's Motion for An Enlargement of Time.

Respectfully Submitted,

By: /s/ Robert Sharp, Jr.

Plaintiff's Attorney

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, I electronically filed the above document with the Clerk of the Court using the CM / ECF system. I also certify that I will fax and / or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on April 10, 2008.

/s/ Robert Sharp, Jr.

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

**SERVICE LIST**

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSAlle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

Shamrock Recovery, Inc.
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: 815-834-9070

Adesa Indianapolis, Inc.
Morgan Russ and
Kathy Hopkins
Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Fax: 312-443-9282