**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 00068 |
| v. | ) | |
| | ) | Judge Kocoras |
| CHRISTOPHER J. O'BRYANT, et al, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE**
**<u>TO FILE PLAINTIFF'S AMENDED COMPLAINT INSTANTER</u>**

NOW COMES the Plaintiff, KENNETH N. THOMPSON, by and through his attorney of record, ROBERT SHARP, JR., and hereby submit the above captioned motion, and in support thereof, states as follows:

1. On April 7, 2008, this Court entered an order stating, that if plaintiff intends to file an amended complaint, then said complaint is to be filed no later than April 10, 2008.

2. On April 10, 2008, plaintiff filed a Motion for Enlargement of Time requesting leave to file the amended complaint no later than Monday April 15, 2008.

3. While the date on the motion is incorrect, i.e., Monday April 15, 2008, instead of Monday April 14, 2008, circumstances arose which prevented plaintiff's counsel from filing the amended complaint on the date indicated in the motion.

4. At the time of filing the instant motion, no ruling had been rendered concerning the initial Motion for Enlargement of Time. Plaintiff now requests leave of court to file plaintiff's Amended Complaint instanter.

5. Plaintiff states further, that the current motion is not a dilatory tactic and poses no prejudice to the defendants.

WHEREFORE, in the interests of justice, plaintiff respectfully request that this Honorable Court grant Plaintiff's Motion for Leave To File Plaintiff's Amended Complaint Instanter.

Respectfully Submitted,

By: /s/ Robert Sharp, Jr.
Plaintiff's Attorney

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the above document with the Clerk of the Court using the CM / ECF system. I also certify that I will fax and / or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on April 15, 2008.

/s/ Robert Sharp, Jr.

Robert Sharp, Jr.
Attorney At Law
120 W. Madison Street, Suite 505
Chicago, Illinois 60602
Tel: 312-920-1745
lawofrsj@aol.com

**SERVICE LIST**

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSAlle Street, Suite 300
Chicago, Illinois 60601
Tel: 312-704-3000

Shamrock Recovery, Inc.
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: 815-834-9070

Adesa Indianapolis, Inc.
Morgan Russ and
Kathy Hopkins
Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603
Fax: 312-443-9282