# EXHIBIT
# A

EXHIBIT
A

THOR CREDIT CORP

P.O. Box 51826
Los Angeles, CA 90051-6126
800-626-9120

MARCH 8, 2007

KENNETH N THOMPSON
6644 W MAPLE CT
MONEE, IL 60449-0000

Re: Account# : 6200655323
Customer Name KENNETH N THOMPSON
Bankruptcy Case: 06-16071

This is not an attempt to collect a debt.

We were recently notified of your bankruptcy filing.

Please be advised that pursuant to the Fair and Accurate Transaction Act of 2003 ("Act"), we are required to notify you that we report negative information to the credit reporting agencies. Under Section 217 of the Act, "negative information" means information concerning delinquencies, late payments, insolvency, or any form of default.

**We have told a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.**

Sincerely,
**THOR Credit Corporation**

DIANA P VERDIN
Bankruptcy Dept.
(877) 440 – 6042
THBKC_FACTAII