**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH N. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 00068 |
| v. | ) | |
| | ) | Judge Kocoras |
| CHRISTOPHER J. O'BRYANT, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

To: Parties and counsel of record

Please Take Notice That on Tuesday April 22, 2005, at 9:30 a.m., we will appear before the Honorable Charles P. Kocoras in courtroom 2541 at 219 S. Dearborn, Chicago, Illinois, and present **DEFENDANT GEMB LENDING, INC.'S COMBINED MOTION TO STRIKE PLAINTIFF'S COMPLAINT, MOTION FOR RULING ON PENDING MOTION TO DISMISS, AND IN THE ALTERNATIVE, MOTION TO DISMISS AMENDED COMPLAINT**, a copy of which is attached and served upon you.

Respectfully submitted,

By: /s/ James Vlahakis
One of the Attorneys for Defendant

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system. I also certify that I will fax and/or e-mail notification of such filing(s) to all counsel and parties of record via the attached services list on April 17, 2008.

/s/ James C. Vlahakis
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
jvlahakis@hinshawlaw.com
Firm No. 90384

**SERVICE LIST**

**Shamrock Recovery, Inc.**
Kevin Hession
1234 N. Cedar Road
New Lenox, Illinois 60451
Fax: (815) 834-9070

**Adesa Indianapolis, Inc., Morgan Russ and Kathy Hopkins**
Howard Trafman, Esq.
Patrick Norris, Esq.
Meachum & Trafman
10 S. LaSalle Suite 2800
Chicago, IL 60603
Fax: (312)443-9282