**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth N. Thompson
Plaintiff,
v.
Christopher J. O'Bryant, et al.
Defendant.

Case No.: 1:08−cv−00068
Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 4/22/2008. By agreement of the parties, plaintiff withdraws his pending motion [20] for an extension of time to amend the complaint, and withdraws his pending motion [21] to file instanter, an amended complaint. Defendant GEMB Lending withdraws its pending combined motion [22] to strike plaintiff's complaint, motion for ruling on pending motion to dismiss, and in the alternative, motion to dismiss amended complaint. Plaintiff to stand on his original complaint. Defendant GEMB Lending to stand on its pending motion [8] to dismiss. All other defendants join defendant GEMB Lending's said motion to dismiss. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.