# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 68 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Thompson vs. O'Bryant et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion [8] to dismiss is granted. (See Memorandum Opinion.) All matters in controversy having been resolved, final judgment is entered against plaintiff and in favor of all defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | |
|---|---|
| Courtroom Deputy Initials: | SCT |