CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMPSON | ) | Case No. 08 CV 00068 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Charles P. Kocoras |
| v. | ) | |
| | ) | |
| CHRISTOPHERJ. O'BRYANT, et al | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST FOR LEAVE**

**TO FILE MOTION FOR RECONSIDERATION**

NOW Comes the Plaintiff, Kenneth Thompson, acting pro se and moves this Honorable Court for leave to file the attached Motion for Reconsideration. In support of the motion, Plaintiff states as follows:

1. After the dismissal of plaintiff's case on 4/30/2008, Plaintiff was without legal representation to file the attached Motion for Reconsideration.

2. Plaintiff later discovered that in order to file a Motion for Reconsideration that it would have to be e-filed pursuant to the court's CM/ECF filing system.

3. Only attorneys can e-file motions with the court and Plaintiff did not discover until after the filing deadline that he could file a hard copy of the motion with the clerk of the court.

4. Plaintiff states that he is without any further legal recourse and asks that the court grant him leave to file the attached motion.

**WHEREFORE,** based upon the aforementioned and in the interests of justice, Plaintiff respectfully request that this Honorable Court grant him leave to file the Motion for Reconsideration.

FILED

JUN 03 2008 TG
Jun 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully Submitted,

Kenneth Thompson/pro se plaintiff

Kenneth Thompson
6644 Maple Court
Monee, IL., 60449
Tel: 708/746-5162