UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMPSON | ) | |
| | ) | Case No. 08 CV 00068 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Charles P. Kocoras |
| v. | ) | |
| | ) | |
| CHRISTOPHERJ. O'BRYANT, et al | ) | |
| | ) | |
| Defendants. | ) | |

FILED

JUN 03 2008 TG
June 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

**TO:** All attorneys of record.

PLEASE TAKE NOTICE that on June, 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Charles P. Kocoras, or any judge presiding in his stead in Courtroom 1725 of the United States Court House in the Dirksen Building, located at 219 S. Dearborn Street, Chicago, IL., 60604, and then and there present: **Plaintiff's Request for Leave to file Motion for Reconsideration.**

**CERTIFICATE OF SERVICE**

I, Kenneth Thompson, a non attorney, on oath state that I electronically served this notice of motion to all attorneys of record via facsimile/first class delivery on June, 10 2008.

Respectfully Submitted

Kenneth Thompson/pro se Plaintiff

Kenneth Thompson/Pro Se
6644 Maple Court
Monee, Illinois 60449
Tel: 708-746-5162