MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kenneth Thompson
(Please print)

STREET ADDRESS: 6644 Maple CT

CITY/STATE/ZIP: Monee, IL 60449

PHONE NUMBER: 708 746 5163

CASE NUMBER: 08 CV 00068

[signature]
Signature

June 3, 2008
Date

FILED

JUN 03 2008 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
6-3-2008
JUN 03 2008 TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT