ER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH THOMPSON | | |
| Plaintiff, | ) | Case No. 08 CV 00068 |
| v. | ) | Hon. Judge Charles P. Kocoras |
| | ) | |
| CHRISTOPHERJ. O'BRYANT, et al | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

FILED
JUN 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: All attorneys of record.

PLEASE TAKE NOTICE that on June 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Charles P. Kocoras, or any judge presiding in his stead in Courtroom 1725 of the United States Court House in the Dirksen Building, located at 219 S. Dearborn Street, Chicago, IL., 60604, and then and there present: **Amended Plaintiff's Motion for Reconsideration.**

## CERTIFICATE OF SERVICE

I, Kenneth Thompson, a non attorney, on oath state that I electronically served this notice of motion to all attorneys of record via facsimile on delivery on June 6, 2008.

Respectfully Submitted

[signature]

Kenneth Thompson

Kenneth Thompson/Pro Se
6644 Maple Court
Monee. Illinois 60449
Tel: 708-746-5162