# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 08 C 68 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Thompson vs. O'Bryant et al | | |

**DOCKET ENTRY TEXT**

**ENTER MEMORANDUM OPINION:** Plaintiff's motion [33] to reconsider the April 30, 2008 dismissal is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | SCT |